SONJA D. KERR (AK BAR NO. 0409051)
MEG K. ALLISON (AK BAR NO. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: skerr@dlcak.org
malison@dlcak.org
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| H.S, by and through her parents, M.S. and J.S.,<br>　　　　Plaintiffs<br><br>v.<br><br>Anchorage School District,<br>　　　　Defendant. | Case No. 3:06-cv-00128TMB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiffs hereby voluntarily dismiss this action.

Dated: August 10, 2006

　　　　　　　　　　　　　　　　　　　/s Sonja D. Kerr
　　　　　　　　　　　　　　　　SONJA D. KERR (0409051)


　　　　　　　　　　　　　　　　　　s/ MEG K. ALLISON
　　　　　　　　　　　　　　　　MEG K. ALLISON (0511091)
　　　　　　　　　　　　　　　　DISABILITY LAW CENTER OF ALASKA
　　　　　　　　　　　　　　　　3330 Arctic Boulevard, Suite 103
　　　　　　　　　　　　　　　　Anchorage, Alaska 99503
　　　　　　　　　　　　　　　　Telephone: 907-565-1002
　　　　　　　　　　　　　　　　Fax: 907-565-1000
　　　　　　　　　　　　　　　　Email: skerr@dlcak.org

mallison@dlcak.org
Attorney for Plaintiffs