SONJA D. KERR (AK BAR NO. 0409051)
MEG K. ALLISON (AK BAR NO. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: skerr@dlcak.org
         mallison@dlcak.org
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| H.S, by and through her parents, M.S. and J.S., Plaintiffs v. Anchorage School District, Defendant. | Case No. 3:06-cv-00128TMB **PROPOSED ORDER** |

_____

The Plaintiffs Motion for Voluntary Dismissal is hereby granted.

_____
TIMOTHY M. BURGESS
U.S. District Court Judge